UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    CHRISTOPHER L GREATHOUSE  
    FELISHIA D GREATHOUSE  
    Debtor(s)

Case No. 10-36068

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/12/2010.

2) The plan was confirmed on 01/28/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/13/2012.

5) The case was converted on 01/21/2012.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $13,469.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,470.64 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$3,470.64** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,294.62 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $176.02 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,470.64** |

Attorney fees paid and disclosed by debtor:   $146.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFNI | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | 506.84 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | 499.70 | NA | NA | 0.00 | 0.00 |
| AMSHER COLLECTIONS SVCS | Unsecured | 1,072.00 | NA | NA | 0.00 | 0.00 |
| ASSET MANAGEMENT OUT | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| CASH TO GO ROUND LAKE BEACH | Unsecured | 425.00 | 350.00 | 350.00 | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 1,112.04 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 317.62 | NA | NA | 0.00 | 0.00 |
| COLLECTION | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 1,962.30 | 2,940.16 | 2,940.16 | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 1,019.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | NA | 1,138.40 | 1,138.40 | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 748.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | NA | 30,564.17 | 30,564.17 | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 1,073.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| FALLS COLLECTION SVC | Unsecured | 378.00 | NA | NA | 0.00 | 0.00 |
| FRANKS ADJUSTMENT BUREAU | Unsecured | 577.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES CREDIT UNION | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | 649.00 | 632.64 | 632.64 | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | 182.77 | 182.17 | 182.17 | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | 21.60 | 21.60 | 21.60 | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | 479.60 | 319.19 | 319.19 | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 9,153.92 | 2,931.06 | 2,931.06 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 4,874.37 | 4,642.57 | 4,642.57 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JASON HAYDEN | Unsecured | 2,800.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KEYNOTE CONSULTING INC | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY HEALTH DEPT | Unsecured | 82.50 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 828.00 | 695.49 | 695.49 | 0.00 | 0.00 |
| NORTHSHORE UNIVERSITY HEALTH | Unsecured | 14.27 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE UNIVERSITY HEALTH | Unsecured | 275.08 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE UNIVERSITY HEALTH | Unsecured | 22.60 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN | Unsecured | 848.26 | NA | NA | 0.00 | 0.00 |
| PAYDAY ONE | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Unsecured | 106.32 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 335.74 | 335.74 | 0.00 | 0.00 |
| ROUND LAKE AREA SCHOOLS | Unsecured | 517.00 | NA | NA | 0.00 | 0.00 |
| ROUND LAKE AREA SCHOOLS | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| ROUND LAKE AREA SCHOOLS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| SENEX SERVICES | Unsecured | 1,697.00 | 1,797.20 | 1,797.20 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 148.00 | 149.52 | 149.52 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 676.77 | NA | NA | 0.00 | 0.00 |
| SUN CASH | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| THE AFFILIATED GROUP | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| TORRES CREDIT SERVICES | Unsecured | 1,121.00 | NA | NA | 0.00 | 0.00 |
| TORRES CREDIT SERVICES | Unsecured | 809.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1,783.00 | 1,783.39 | 1,783.39 | 0.00 | 0.00 |
| VILLAGE OF ROUND LAKE BEACH | Unsecured | 295.74 | 159.34 | 159.34 | 0.00 | 0.00 |
| WALGREENS | Unsecured | 38.41 | NA | NA | 0.00 | 0.00 |
| WASTE MANAGEMENT | Unsecured | 200.00 | 232.55 | 232.55 | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,113.23 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$3,113.23** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$45,761.96** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,470.64 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$3,470.64** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/09/2012                              By: /s/ Glenn Stearns
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**